UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00335-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DAWN WRIGHT OLIVARES; AND** ) | |
| **DANIEL C. OLIVARES,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on the Memorandum and Recommendation as to Victim Notice Procedures (#30) in this matter, submitted by a Special Master. No objections to such recommendation have been filed and after independent review, the court concurs in the recommendation as it is consistent with law and fully supported by the facts of this case and determines that these procedures for victim notification, in light of the impracticable nature of individual notice, will give effect to 18 U.S.C. § 3771 without unduly complicating or prolonging the proceedings in this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation as to Victim Notice Procedures (#30) is **ACCEPTED**, and the Government is authorized to comply with 18 U.S.C. 3771(a)(2) by giving notice to potential victims in this case by:

1. Publishing information about this case, the rights afforded to victims under 18

U.S.C. § 3771(a), and notice of public court proceedings, to be updated within a reasonable period of any new proceeding being scheduled, on the Department of Justice's website, located at http://www.usdoj.gov/criminal/vns/; and

2. Giving written notice to the Court-appointed receiver in the SEC action, who has agreed to include on the receivership's website, www.zeekrewards-receivership.com, the same information that the Department of Justice posts on its website regarding this matter.

Signed: June 5, 2014

Max O. Cogburn Jr.
United States District Judge