UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CR-00335-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DAWN WRIGHT-OLIVARES., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's Motion for Compassionate Release. See Doc. No. 91. In its response, the Government maintains that the Bureau of Prisons "is able to handle Defendant's medical conditions" and that it would provide supporting medical records from the Bureau showing the same, if requested. Doc. No. 93 at 5. To fully consider the merits of Defendant's request, the Court will order the Government to submit those documents.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL** submit Defendant's medical records from the Bureau under seal within **seven days** of the entry of this Order.

Signed: June 13, 2020

Max O. Cogburn Jr
United States District Judge